UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

CHRISTOPHER J. PODCZERVINSKI,
and ELIZABETH D. PODCZERVINSKI,

    Debtor(s).

Case No. 13-46768-TJT

Chapter 13

Hon. Thomas J. Tucker

_____/

## WITHDRAWAL OF DOCUMENT #52: MICHIGAN DEPARTMENT OF TREASURY'S WITHDRAWAL OF DOCUMENT #37

NOW COMES the State of Michigan, Department of Treasury, by and through its attorneys, BILL SCHUETTE, Attorney General, and Juandisha Harris, Assistant Attorney General, and **withdraws** its WITHDRAWAL OF DOCUMENT #37 filed on June 22, 2013, as it was filed under the incorrect log-in/password (same office, wrong attorney).

    Respectfully submitted,

    BILL SCHUETTE
    Attorney General of Michigan

    */s/ Juandisha Harris*
    Juandisha Harris (P62978)
    Assistant Attorney General
    Cadillac Place
    3030 W. Grand Blvd., Suite 10-200
    Detroit, MI 48202
    (313) 456-0140
    harrisj12@michigan.gov

Dated: July 22, 2013